FILED:  June 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-202
(3:13-cv-00311-JAG)

_____


NATIONSTAR MORTGAGE, LLC

       Petitioner

v.

TIMOTHY KELLY, on behalf of himself and all others similarly situated

       Respondent

_____

O R D E R

_____


       Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

       Entered at the direction of Judge Diaz with the concurrence of Judge King and Judge Shedd.

                For the Court

                /s/ Patricia S. Connor, Clerk